**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1025**

───────────

RONALD SATISH EMRIT,

　　　　　Plaintiff - Appellant,

　　　v.

HAGERSTOWN HOUSING AUTHORITY; UNITED STATES DEPARTMENT
OF HOUSING & URBAN DEVELOPMENT, (HUD),

　　　　　Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Ellen Lipton Hollander, Senior District Judge.  (1:22-cv-03145-ELH)

───────────

**No. 23-1028**

───────────

RONALD SATISH EMRIT,

　　　　　Plaintiff - Appellant,

　　　v.

CALVERT COUNTY HOUSING AUTHORITY; UNITED STATES DEPARTMENT
OF HOUSING & URBAN DEVELOPMENT, (HUD),

　　　　　Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Paula Xinis, District Judge.  (8:22-cv-03159-PX)

---

**No. 23-1029**

---

RONALD SATISH EMRIT,

                    Plaintiff - Appellant,

      v.

PRINCE GEORGE'S COUNTY HOUSING AUTHORITY; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, (HUD),

                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:22-cv-03162-PX)

---

**No. 23-1031**

---

RONALD SATISH EMRIT,

                    Plaintiff - Appellant,

      v.

QUEEN ANNE'S HOUSING AUTHORITY; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, HUD,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:22-cv-03161-SAG)

---

Submitted:  April 20, 2023                    Decided:  April 25, 2023

---

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

2

Affirmed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district courts' orders dismissing his civil actions under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the records and find no reversible error.  Accordingly, we affirm the district court's orders. *Emrit v. Hagerstown Hous. Auth.*, No. 1:22-cv-03145-ELH (D. Md. filed Dec. 8, 2022 & entered Dec. 9, 2022); *Emrit v. Queen Anne's Hous. Auth.*, No. 1:22-cv-03161-SAG (D. Md. Dec. 12, 2022); *Emrit v. Calvert Cnty. Hous. Auth.*, No. 8:22-cv-03159-PX (D. Md. Dec. 19, 2022); *Emrit v. Prince George's Cnty. Hous. Auth.*, No. 8:22-cv-03162-PX (D. Md. Dec. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*